UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RICHARD KEVIN HAGER, JAMES CLIFFORD HAGER, COLBY HAGER, and JOHN HAGER, <br>     Plaintiffs <br><br> vs. <br><br> KIMBERLY WISENER, <br>     Defendant | § § § § § § § § § § | Case No. 1:22-CV-412-LY |

**AGREED MOTION TO DISMISS WITH PREJUDICE AND DISBURSE FUNDS HELD IN THE REGISTRY OF THE COURT**

**TO THE HONORABLE COURT:**

COMES NOW, Plaintiffs Richard Kevin Hager, James Clifford Hager, Colby Hager, and John Hager ("Hager Parties") and Defendant Kimberly Wisener ("Wisener"), and files this their Agreed Motion to Dismiss and Disburse Funds Held in the Registry of the Court, and in support thereof would show the Court as follows:

1. This suit was initiated by Illinois Mutual Life Insurance Company as an interpleader action when the Hager Parties challenged the disbursement of life insurance proceeds to a listed beneficiary.[1] The Hager Parties and Wisener thereafter crossclaimed against each other, both seeking the aforesaid life insurance proceeds.[2] On June 20, 2023, Illinois Mutual Life Insurance Company deposited the disputed $37,602.46 into the registry of the Court.[3]

2. Having deposited the disputed proceeds in the registry of the Court, Illinois Mutual Life Insurance Company sought entry of default as to Defendant Colby Hager for failure to appear

---

[1] Dkt. No. 1.
[2] Dkt. Nos. 9 and 11.
[3] Dkt. No. 33.

following service of summons.[4] Mr. Hager was served with summons on August 25, 2022,[5] and his answer was due on or before September 14, 2022,[6] however he failed wholly to appear.

3. As a result the Clerk's Entry of Default against Mr. Colby Hager was entered on October 3, 2022.[7] Since that time, there has been no attempt by Mr. Colby Hager to challenge the default.

4. Illinois Mutual Life Insurance Company thereafter was dismissed with prejudice from the suit.[8]

5. The remaining Parties would represent to the Court that they have now agreed to a comprehensive settlement of all litigation issues remaining between them and therefore seek dismissal with prejudice of all causes of action pending in the litigation.

6. As part of the comprehensive settlement reached by the Parties, funds remaining in the registry of the Court are to be disbursed for the benefit of Defendant, Kimberly Wisener, via transferring the same to the Daniel F. Dean, P.C., located at 603 E. Leacy Street, Palestine, Texas 75801.

7. Therefore, the Parties agree and mutually request that the Court enter its order disbursing all funds held in the Registry of the Court to Defendant, Kimberly Wisener, less any fees or charges due, owed, or chargeable by the clerk of the Court, and thereafter dismiss the above entitled and numbered case as to all parties.

---

[4] Dkt. No. 16.
[5] Dkt. No. 9.
[6] *Fed. R. Civ. P.* 12(a)(1)(A).
[7] Dkt. No. 17.
[8] Dkt. No. 34.

                                           Respectfully submitted,

                                           **TRAVIS J. PHILLIPS**
                                           **ATTORNEY AT LAW**
                                           507 West 10th Street
                                           Austin, Texas 78701
                                           Tel: (512) 656-6648
                                           Fax: (512) 480-0767
                                           Tphillips@phillipsattorney.com

                                           BY: /s/ Travis J. Phillips
                                           Travis J. Phillips SBN 24076622
                                           **ATTORNEY FOR KIMBERLY WISENER**

AGREED AS TO FORM AND SUBSTANCE:

/s/ Steve C. Earl, with permission
STEVEN C. EARL, SBN: 24002028
**STILWELL, EARL & APOSTOLAKIS, LLP**
128 Vision Park Blvd., Ste. 140
The Woodlands, Texas 77384
Tel: (281) 419-6200
Fax: (281) 419-0250
steven@woodlandstxlawfirm.com
**ATTORNEY FOR THE HAGER PARTIES**